UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                           :

ERIC HOUSTON,                           :
                                           :
                        Plaintiff,     :
                                           :                        25-CV-6884 (VSB)
            -against-               :
                                           :                             **ORDER**
EQUINOX HOLDINGS, INC., *et al.*,     :
                                           :
                        Defendants.   :
                                           :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On August 20, 2025, Plaintiff filed his initial complaint in this action. (Doc. 1.) On October 27, 2025, Defendants filed an answer with counterclaims. (Doc. 6.) On November 4, 2025, Plaintiff filed a motion to dismiss or strike Defendants' counterclaims. (Doc. 9.) On May 29, 2026, Plaintiff filed his first amended complaint. (Doc. 23.) "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020). "A motion to dismiss a counterclaim is evaluated under the same standard as a motion to dismiss a complaint." *Town & Country Linen Corp. v. Ingenious Designs LLC*, 2020 WL 3472597, at *4 (S.D.N.Y. June 25, 2020). By June 9, 2026, Plaintiff shall file a letter with the court indicating whether his initial motion to dismiss may be denied as moot in light of the filing of its amended complaint.

SO ORDERED.

Dated:       June 2, 2026
                New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge