UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
                                          :

ERIC HOUSTON,                       :

                                :

                      Plaintiff,    :

                                :              25-CV-6884 (VSB)

           -against-           :

                                :              **ORDER**

EQUINOX HOLDINGS, INC., *et al.*,    :

                                :

                    Defendants.   :

                                :

--------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of the parties' filings from June 4, 2026.  (Docs. 25–26.)  "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint."  *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020).  Plaintiff's letter agrees that denying its pending motion to dismiss Defendants' counterclaims as moot "would eliminate the need . . . to adjudicate a motion directed to a superseded pleading" and is appropriate.  (Doc. 25.)

       Accordingly, it is hereby:

       ORDERED that the motion to dismiss filed at Doc. 9 is DENIED as moot.  The Clerk of Court is respectfully directed to terminate the open motion at Doc. 9.

       It is further ORDERED that Defendants' extension request to June 26th to respond to the first amended complaint, (Doc. 23), is GRANTED.

SO ORDERED.

Dated:       June 5, 2026
             New York, New York

Vernon S. Broderick
United States District Judge