**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
ERIC HOUSTON,

                Plaintiff,

        -against-

EQUINOX HOLDINGS, INC., *et al.,*

                Defendants.
-------------------------------------------------------------------------X

**25 Civ. 6884 (VSB) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      As ordered during the April 16 initial case management conference and by the Case Management Plan and Scheduling Order in this action, the parties were directed to file a joint status letter detailing their progress in discovery by no later than June 16, 2026.  (Dkt. Nos. 20, 21).  To date, the Court has received no such filing.  Accordingly, the parties are directed to file such letter by no later than **Tuesday, June 23, 2026.**

      **SO ORDERED.**

DATED:    New York, New York
           June 17, 2026

                                 _____
                                The Honorable Gary Stein
                                United States Magistrate Judge