UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ERIC HOUSTON,<br>Plaintiff,<br>-against-<br>EQUINOX HOLDINGS, INC., *et al.*,<br>Defendants. | : | 25-CV-6884 (VSB)<br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendants' motion to dismiss Plaintiff's tenth cause of action, (Doc. 31), and their accompanying memorandum of law, (Doc. 33), and declaration of Jared E. Blumetti, (Doc. 32). I am also in receipt of Plaintiff's letter withdrawing his tenth cause of action. (Doc. 34.) Plaintiff therefore requests that I consequently deem Defendants' motion to dismiss moot and direct Defendants to answer the remaining causes of action. Defendants shall file a short letter of no more than one page indicating whether they agree that their motion can be deemed moot by July 15, 2026.

SO ORDERED.

Dated: July 8, 2026
New York, New York

Vernon S. Broderick
United States District Judge