**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ERIC HOUSTON,

Plaintiff,

-against-

EQUINOX HOLDINGS, INC. , *et al.*,

Defendants.

-----------------------------------------------------------------X

**25 Civ. No. 6884 (VSB) (GS)**

**VIDEO DISCOVERY CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Discovery Conference on **Friday, October 2, 2026 at 12:00 p.m.** with respect to the disputes raised in Docket Numbers 45–47 and 49–51. Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now**. **[Meeting ID: 288 171 514 538 160] [Passcode: w2Wm73Kh].**

**SO ORDERED.**

DATED: New York, New York
September 14, 2026

The Honorable Gary Stein
United States Magistrate Judge